Honorable Robert J. Bryan

Deborah M. Nelson, Esq. (State Bar No. 23087)
nelson@nelsonboydlaw.com
Jeffrey D. Boyd, Esq. (State Bar No. 41620)
boyd@nelsonboydlaw.com
NELSON BOYD, PPLC
411 University Street, Suite 1200
Seattle, WA  98101
Telephone: (206) 971-7601

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## TACOMA DIVISION

KYLE PARRISH,

    Plaintiff,

v.

BLACK BEAR DINERS, INC.,

    Defendant.

Case No. 3:16-cv-05453 RJB

Filed Electronically

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses this action without prejudice.

Dated:  October 4, 2016

                                  Respectfully Submitted,

                                  */s/ Deborah M. Nelson*
                                  Deborah M. Nelson
                                  WSBA #23087

                                  */s/ Jeffrey D. Boyd*
                                  Jeffrey D. Boyd

NELSON BOYD, PLLC
411 University Street, Suite 1200
Seattle, Washington  98101
206.971.7601

|   |   |
|---|---|
| 1 | WSBA #41620 |
| 2 | NELSON BOYD, PPLC |
| 3 | 411 University Street, Suite 1200 |
|   | Seattle, WA  98101 |
| 4 | Telephone: (206) 971-7601 |
| 5 | *Counsel for Plaintiff* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

NOTICE OF VOLUNTARY DISMISSAL - 2

NELSON BOYD, PLLC
411 University Street, Suite 1200
Seattle, Washington  98101
206.971.7601