UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KYLE PARRISH,<br><br>    Plaintiff,<br><br>  v.<br><br>BLACK BEAR DINERS, INC.,<br><br>    Defendant. | CASE NO. 3:16-cv-05453-RJB<br><br>ORDER ON PLAINTIFF'S VOLUNTARY DISMISSAL |

THIS MATTER comes before the Court on Plaintiff's Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Dkt. 9.

Plaintiff's dismissal of Black Bear Diners, the sole defendant in the case, is proper. The case is dismissed without prejudice. The Clerk is directed to close the case.

The Clerk is also directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 5th day of October, 2016.

_____
ROBERT J. BRYAN
United States District Judge